1 *(counsel listed on signature page)*

2

3 UNITED STATES DISTRICT COURT

4 NORTHERN DISTRICT OF CALIFORNIA

5 SAN JOSE DIVISION

| ADAPTIX, INC. | Case No. 5:15-cv-00962-PSG |
|---|---|
| Plaintiff, | **PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEAL** |
| v. | |
| AMAZON.COM, INC., AT&T MOBILITY, LLC, | Hon. Paul S. Grewal |
| Defendants. | |

## PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEAL

Please take notice that Plaintiff Adaptix, Inc. in the above named action hereby appeals to the United States Court of Appeals for the Federal Circuit from the ORDER GRANTING MOTIONS TO DISMISS (ECF No. 45) entered August 21, 2015, the related JUDGMENT (ECF No. 46) entered August 24, 2015 and the ORDER RE: MOTION TO ALTER JUDGMENT, MOTIONS FOR CLARIFICATION AND MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 65) entered in this action on March 14, 2016.

| | | |
|---|---|---|
| 1 | Dated: April 13, 2016 | BANYS, P.C. |
| 2 | | By: */s/ Jennifer L. Gilbert* |
| 3 | | Christopher D. Banys (State Bar No. 230038)<br>Richard C. Lin (State Bar No. 209233) |
| 4 | | Jennifer L. Gilbert (State Bar No. 255820)<br>Christopher J. Judge (State Bar No. 274418) |
| 5 | | BANYS, P.C.<br>1032 Elwell Court, Suite 100 |
| 6 | | Palo Alto, California 94303<br>Telephone: (650) 308-8505 |
| 7 | | Facsimile: (650) 353-2202<br>cdb@banyspc.com |
| 8 | | rcl@banyspc.com<br>jlg@banyspc.com |
| 9 | | cjj@banyspc.com |